STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. SHIRLEY ANNE RISDEN, DEFENDANT-RESPONDENT.

See same case below: 106 *N. J. Super.* 226.

*Mr. Martin J. Queenan* for the petitioner.

*Messrs. Dimon, Haines & Bunting* for the respondent.

September 30, 1969. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HOWARD LEE MAPP, DEFENDANT-PETITIONER.

*Mr. Stanley C. VanNess* and *Mrs. Susan T. Sinins* for the petitioner.

*Mr. Edward J. Dolan* and *Mr. Christopher R. Wood* for the respondent.

September 30, 1969. Denied.

ARTHUR AND MATILDA McQUEEN, *ET AL.*, PLAINTIFFS-PETITIONERS, v. TOWN OF WEST NEW YORK, *ET AL,.* DEFENDANTS-RESPONDENTS.

*Mr. Sydney T. Turtz* for the petitioners.

*Mr. Samuel L. Hirschberg* and *Mr. Thomas J. Kilcoyne* for the respondents.

September 30, 1969. Granted.